# United States Court of Appeals
## For the Eighth Circuit

_____

Case No. 24-1065

_____

Badger Helicopters Inc.

*Petitioner*

v.

Federal Aviation Administration *and*
National Parks Service, U.S. Department of the Interior

*Respondents*

_____

**PETITIONER'S CORPORATE DISCLOSURE STATEMENT**

_____

Petitioner Badger Helicopters Inc. ("Badger") makes the following Corporate Disclosure Statement pursuant to Federal Rules of Appellate Procedure Rule 26.1:

Badger states that it has no parent corporation and no publicly held corporation owns 10% or more of Badger's stock.

1

Appellate Case: 24-1065     Page: 1     Date Filed: 01/24/2024 Entry ID: 5356584

Dated: January 24, 2024				Respectfully submitted,

_____

*Attorneys for Petitioners*
Patrick J. Keating
Jolyon A. Silversmith
Yucheng Wang
KMA Zuckert LLC
200 West Madison Street, Suite 160
Chicago, Illinois 60602
(312) 345-3000
*pkeating@kmazuckert.com*
*jsilversmith@kmazuckert.com*
*ywang@kmazuckert.com*

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 24, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

      */s/ Yucheng Wang*
      Yucheng Wang